| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | Whoa Networks, Inc., a Florida Corporation |
|---|---|---|

| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
|---|---|---|

| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-2495844 |
|---|---|---|

| 4. | **Debtor's address** | **Principal place of business**<br><br>7261 Sheridan St.<br>#340<br>Hollywood, FL 33024<br>Number, Street, City, State & ZIP Code<br><br>**Broward**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

| | | |
|---|---|---|
| Debtor | **Whoa Networks, Inc., a Florida Corporation** | Case number (*if known*) _____ |
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No
■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **See Attachment** | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| | | |
|---|---|---|
| Official Form 201 | **Voluntary Petition for Non-Individuals Filing for Bankruptcy** | page 2 |

Debtor  **Whoa Networks, Inc., a Florida Corporation**  Case number (*if known*) _____
      Name

---

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Whoa Networks, Inc., a Florida Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 29, 2020**
MM / DD / YYYY

X **/s/ Mark Amarant**                          **Mark Amarant**
Signature of authorized representative of debtor    Printed name

Title **Authorized Officer**

**18. Signature of attorney**

X **/s/ Paul J. Battista**                       Date **October 29, 2020**
Signature of attorney for debtor                    MM / DD / YYYY

**Paul J. Battista 884162**
Printed name

**Genovese Joblove & Battista, P.A.**
Firm name

**100 SE 2nd St.**
**44th Floor**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone **305-349-2300**    Email address

**884162 FL**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

Debtor  **Whoa Networks, Inc., a Florida Corporation**   Case number (*if known*)
           Name

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number (*if known*) _____  Chapter **11** |

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Hipskind Technology Solutions Group, Incorporated** | | Relationship to you | **Subsidiary** |
| District | **Southern District of Florida - Ft. Lauderdale Division** | When | Case number, if known | |
| Debtor | **Platinum Systems Holdings, LLC** | | Relationship to you | **Subsidiary** |
| District | | When | Case number, if known | |
| Debtor | **Whoa Networks, Inc., a Delaware corporation** | | Relationship to you | **Parent Company** |
| District | **Southern District of Florida - Ft. Lauderdale Division** | When | Case number, if known | |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 5

# UNANIMOUS CONSENT IN WRITING
# OF THE SOLE DIRECTOR OF
# <u>WHOA NETWORKS INC., A FLORIDA CORPORATION</u>

The undersigned, constituting the sole director of WHOA Networks Inc., a Florida corporation (the "<u>Corporation</u>"), hereby consents, in accordance with Section 607.0821 of the Florida Business Corporation Act, to the actions set forth below, effective as of the date hereof, with the same force and effect as if taken at a meeting of the Board of Directors:

**WHEREAS**, the Board of Directors reviewed the materials presented by the management and the advisors of the Corporation regarding the operational and liquidity situation facing the Corporation due in large part to the recent worldwide Coronavirus pandemic, the strategic alternatives available to the Corporation and the impact of the foregoing on the Corporation's businesses, creditors, employees and stakeholders; and

**WHEREAS**, the Board of Directors has had sufficient opportunity to consult with the management of the Corporation and the professional advisors to the Corporation and has fully considered each of the strategic alternatives available to the Corporation;

As a result, the following resolutions are hereby unanimously adopted:

**RESOLVED** that in the judgment of the Board of Directors of the Corporation, it is desirable and in the best interests of the Corporation, its creditors, employees and other parties in interest, that the Corporation file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"); and

**RESOLVED** that the undersigned, on behalf of the Corporation, authorize and empower Mark Amarant (the "<u>Authorized Officer</u>") to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida (the "<u>Bankruptcy Court</u>") on behalf of the Corporation, which filing be and the same is hereby approved (the "<u>Chapter 11 Proceedings</u>"); and

**RESOLVED** that the Authorized Officer is hereby authorized and directed, in the name of the Corporation and on its behalf, to seek such orders from the Bankruptcy Court, including without limitation, orders regarding the operation of the business and the financing thereof, as such officer may deem necessary or advisable during the pendency of the Chapter 11 Proceedings,

including taking any and all action necessary to comply with the duties and obligations of the Corporation under and related to the Bankruptcy Code, and in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits or other materials, including a disclosure statement and plan of reorganization, as the Authorized Officer may deem necessary or advisable and to retain all assistance from legal counsel, accountants, consultants and other professionals, and to take any and all actions, as he deems necessary or advisable with respect to the Chapter 11 Proceedings; and

**RESOLVED** that the Corporation, through its Authorized Officer, is authorized to: (i) retain on behalf of the Corporation the law firm of Genovese Joblove & Battista, P.A. as general bankruptcy counsel to render legal services to and to represent the Corporation in connection with the Chapter 11 Proceedings and any other matters in connection therewith, including without limitation, in the preparation and prosecution of the Chapter 11 Proceedings and all proceedings related thereto; and (ii) retain on behalf of the Corporation such other professionals that the Authorized Officer deems necessary or advisable to represent or assist the Corporation as is necessary in connection with the Chapter 11 Proceedings; and

**RESOLVED**, that the Authorized Officer of the Corporation is hereby authorized, empowered and directed to do all things and to take all actions which the Authorized Officer may deem necessary or advisable to accomplish the purposes and intent of the foregoing resolutions; and

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, each officer of the Corporation or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Corporation, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer's judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and

**RESOLVED,** that any and all actions previously taken by any director, member, manager, officer, employee or agent of the Corporation regarding or related to the Corporation's

[12424-001/3266334/1]                         2

restructuring or the subject matter of any and all of the foregoing resolutions are hereby ratified, confirmed and approved in all respects; and

**RESOLVED** that the foregoing Resolutions shall be effective as of the date hereof.

**IN WITNESS WHEREOF**, the undersigned has executed this Consent on October___, 2020.

_____
Mark Amarant
Title: Sole Director

[12424-001/3266334/1]                3

# United States Bankruptcy Court
## Southern District of Florida

In re    **Whoa Networks, Inc., a Florida Corporation**                                Case No.
                                              Debtor(s)                                Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 29, 2020**                         **/s/ Mark Amarant**
                                                      **Mark Amarant/Authorized Officer**
                                                      Signer/Title

7 Mile Advisors
508 W 5th St.
Suite 225
Charlotte, NC 28202


Alert Logic Inc.
1776 Yorktown
7th Floor
Houston, TX 77056


American Express
PO Box 650448
Dallas, TX 75265-0448


Ampil
611 Anton Bkvd.
Suite 700
Costa Mesa, CA 92626


Arrow Capital Solutions
9201 East Dry Creek Rd.
Englewood, CO 80112


Ascentium Capital LLC
PO Box 301593
Dallas, TX 75303


AT&T Business Direct
PO Box 5019
Carol Stream, IL 60197


Atlassian
341 George St.
Sydney, NSW
AUSTRALIA


Ayava - CIT Bank
21146 Network Place
Chicago, IL 60673


Balboa Capital Corporation
PO Box 15270
Irvine, CA 92623

Bank of the West
475 Sansome St.
19th Floor
San Francisco, CA 94111


Barbara Farley, Esq.
PO Box 53659
Philadelphia, PA 19105


BB&T Bank
PO Box 896534
Charlotte, NC 28289


BB&T Commercial Equipment
Capital Corp.
2 Great Valley Pkwy Ste 200
Malvern, PA 19355


Belnap Accounting LLC
7532 Grant Cir
Hollywood, FL 33024


BFS Capital
3301 N University Dr.
Suite 300
Pompano Beach, FL 33065


Broward County Revenue Collection
115 S. Andrews Ave.   Rm A-100
Ft. Lauderdale, FL 33301


Bryn Mawr Equipment Finance
801 Lancaster Ave.
Bryn Mawr, PA 19010


Byline
28011 Lakeside Dr.
Ste 212
Deerfield, IL 60015


Can Capital Asset Servicing, Inc.
c/o Kurt E. Thalwitzer, Esq.
225 E. Robinson St., Ste 600
Orlando, FL 32802

CDW
PO Box 75723
Chicago, IL 60675


Chase Ink
PO Box 1423
Charlotte, NC 28201


Chase Paymentech
PO Box 29534
Phoenix, AZ 85038


Chubb American Insurance
436 Walnut St.
Philadelphia, PA 19106


Cisco Systems
PO Box 742927
Los Angeles, CA 90074


Cisco Systems Capital Corp.
1111 Old Eagle School Rd.
Tuxedo Park, NY 10987


CIT Bank, N.A.
10201 Centurion Parkway N
Suite 100
Jacksonville, FL 32256


CIT Finance
21146 Network Place
Chicago, IL 60673


City of Grand Rapids
300 Monroe Ave NW
Grand Rapids, MI 49503


City of Hollywood
PO Box 229045
Hollywood, FL 33022-9045


City of Kenosha
625-52nd St.
Room 107
Kenosha, WI 53140

City of Miami
444 SW 2 Ave
Miami, FL 33130


City of Oakbrook Terrace
17W275 Butterfield Rd.
Villa Park, IL 60181


Clark County Assessor
PO Box 551401
500 Grand Central Pkwy, 2nd Fl
Las Vegas, NV 89155


Cohesity
300 Park Ave.
Suite 1700
San Jose, CA 95110


Comcast
PO Box 71211
Charlotte, NC 28272


CommVault
28496 Network Place
Chicago, IL 60673


Compliance Point, Inc.
4400 River Green Parkway
Suite 100
Duluth, GA 30096


CRESTMARK BANK
5480 CORPORATE DRIVE
STE 350
Troy, MI 48098


CSC, as Representative
PO Box 2576
Springfield, IL 62708


CT Corporation System,
as representative
330 N. Brand Blvd, Ste 700
Glendale, CA 91203

```
Cutting Edge Realty
PO Box 232
Dana Point, CA 92629


DeLage Landen Financial Services
1111 Old Eagle School Rd.
Wayne, PA 19087


Dell
PO Box 731381
Dallas, TX 75373


Dell Financial Services LLC
Mail Stop-PS1DF-23
One Dell Way
Round Rock, TX 78682


Dohan CPA PA
10757 SW 104th St
Miami, FL 33176


Du Page County Illinois
421 N Country Farm Rd.
Wheaton, IL 60187


DZ Media Group LLC
4320 S Atlantic Ave
Port Orange, FL 32127


ECN Financial LLC
655 Business Center Drive
Suite 250
Horsham, PA 19044


Ed Johnson
25 Greens Hill Ln
Rutland, VT 05701


Erib B. Zweivel, Esq.
7900 Peters Rd., Ste B100
Fort Lauderdale, FL 33324


Excel Micro LLC
PO Box 9515
New York, NY 10087
```

```
Fidelity Capital
19600 Fairchild Rd.
Suite 120
Irvine, CA 92612


Fidelity Funding
19600 Fairchild Rd
Suite 120
Irvine, CA 92612


FLA DEPT OF REVENUE
5050 W TENNESSEE ST
TALLAHASSEE, FL 32399-6586


FPL
General Mail Facility
Miami, FL 33188


Hewlett-Packard Financial
Services Company
200 Connell Dr.
Berkeley Heights, NJ 07922


Hitachi Capital America Corp.
7808 Creekridge Cir.
Ste 250
Minneapolis, MN 55439


IBM Credit LLC
PO Box 740867
Atlanta, GA 30374


Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794


Incorporate.com
251 Little Falls Dr.
Wilmington, DE 19808


Insight Investments - Ampil
De.t 2055
PO Box 87618
Chicago, IL 60680
```

Jaren Fattore, Esq.
Ashen Faulkner
217 N. Jefferson St Ste 601
Chicago, IL 60661


Kenosha County Wisconsin
1010 56th St.
Kenosha, WI 53140


Key Equipment Finance
1000 McCaslin Blvd.
Louisville, CO 80027


Knight Capital
9 E Loockermann St.
Ste 202-543
Dover, DE 19901


Law Offices of Gold & Parado
9200 S. Dadeland Blvd.
Suite 208
Miami, FL 33156


Leaf
PO Box 5066
Hartford, CT 06102


Leaf Capital Funding, LLC
2005 Market St.
14th Floor
Philadelphia, PA 19103


m2 Lease Funds LLC
175 N. Patrick Blvd
Ste 140
Brookfield, WI 53045


Macquarie Equipment Capital
1301 Riverplace Blvd.
Jacksonville, FL 32207


Mark Amarant
PO Box 840137
Hollywood, FL 33084

Marlin Capital Solutions
2795 E Cottonwood Pkwy
Salt Lake City, UT 84121


Marx Developments, LLC
16400 NW 2nd Ave
Ste 203
Miami, FL 33169


Miami-Dade County Tax Collector
140 West Flagler Street
Room 101
Miami, FL 33130


Michigan Department of Treasury
Lansing, MI 48922



nazaDesign
7430 SW 1st St.
Pompano Beach, FL 33068


Net App Inc.
PO Box 405874
Atlanta, GA 30384


NIFTE
5530 SW 90th Terr
Fort Lauderdale, FL 33328


Octopus Cloud
Baarerstr. 145
Zug, SUG, 6300
SWITZERLAND


OTA Property
c/o Sheridan Road Lake Shore Drive
Venture, LLC
222 N. LaSalle St., Ste 1000
Chicago, IL 60601


Platinum Systems, Inc.
4600 Green Bay Rd.
Kenosha, WI 53144

```
PNC Equipment Finance
655 Business Center Dr.
Horsham, PA 19044


R Lowe Consulting
3374 NW 82nd Dr.
Hollywood, FL 33024


Radius Bank
1 Harbor St.
Suite 201
Boston, MA 02210


Rapid Finance
4500 E. West Highway
6th Floor
Bethesda, MD 20814


Richard Storfer, Esq.
101 NE 3rd Ave.
Suite 1800
Fort Lauderdale, FL 33301


Securities And Exchange Commission
3475 Lenox Road N.E. # 1000
Atlanta, GA 30326-1232


Skyline of South Florida, Inc.
3900 Executive Way
Hollywood, FL 33025


Star 2 Star Communications
PO Box 97231
Las Vegas, NV 89193


Stewart Ward & Josephson, LLP
1601 Response Road
Suite 390
Sacramento, CA 95815


Swanson Martin & Bell, LLP
330 N. Wabash
Suite 3300
Chicago, IL 60611
```

Technijian Finance
18 Technology Drive
Suite 141
Irvine, CA 92618


TIAA/Everbank
10 Waterview Blvd.
Parsippany, NJ 07054


Tom Tharrington
308 Royal Plaza Drive
Fort Lauderdale, FL 33301


United States Attorneys' Office
500 East Broward Blvd.
Seventh Floor
Fort Lauderdale, FL 33394


United States Trustee - Miami
51 SW 1st Ave # 1204
Miami, FL 33130


US Bank Equipment Finance
1310 Madrid St.
Marshall, MN 56258


USA Agents
245 W Chase St.
Baltimore, MD 21201


WebBank
2015 Vaughn Rd.
Bldg 500
Kennesaw, GA 30144


Wells Fargo Vendor Financial
Services, Inc.
PO Box 35701
Billings, MT 59107


Western Equipment Finance, Inc.
PO Box 640
Devils Lake, ND 58301

Whoa Media Holdings Corp.
4253 SW 134th Ave
Fort Lauderdale, FL 33330


Widerman Malek
1990 W New Haven Ave
2nd Floor
Melbourne, FL 32904


Wisconsin Dept. of Revenue
2135 Rimrock Rd.
Madison, WI 53713