Fill in this information to identify the case:

Debtor name: **Whoa Networks, Inc., a Florida Corporation**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known):

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chase Ink<br>PO Box 1423<br>Charlotte, NC 28201 | | Account Numbers XXX8023 and XXX5870 | | | | $134,998.91 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | | Account XXX8023 and XXX2009 | | | | $73,354.46 |
| OTA Property<br>c/o Sheridan Road Lake Shore Drive Venture, LLC<br>222 N. LaSalle St., Ste 1000<br>Chicago, IL 60601 | | | | | | $39,988.17 |
| Dohan CPA PA<br>10757 SW 104th St<br>Miami, FL 33176 | | | | | | $20,330.00 |
| Swanson Martin & Bell, LLP<br>330 N. Wabash Suite 3300<br>Chicago, IL 60611 | | | | | | $12,951.20 |
| Compliance Point, Inc.<br>4400 River Green Parkway<br>Suite 100<br>Duluth, GA 30096 | | | | | | $10,742.00 |
| 7 Mile Advisors<br>508 W 5th St.<br>Suite 225<br>Charlotte, NC 28202 | | | | | | $8,910.05 |
| Law Offices of Gold & Parado<br>9200 S. Dadeland Blvd.<br>Suite 208<br>Miami, FL 33156 | | | | | | $6,364.95 |

Debtor **Whoa Networks, Inc., a Florida Corporation**          Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Star 2 Star Communications**<br>PO Box 97231<br>Las Vegas, NV 89193 | | | | | | $5,652.13 |
| **Widerman Malek**<br>1990 W New Haven Ave<br>2nd Floor<br>Melbourne, FL 32904 | | | | | | $2,250.00 |
| **Alert Logic Inc.**<br>1776 Yorktown<br>7th Floor<br>Houston, TX 77056 | | | | | | $2,200.00 |
| **Octopus Cloud**<br>Baarerstr. 145<br>Zug, SUG, 6300<br>SWITZERLAND | | | | | | $2,034.99 |
| **Skyline of South Florida, Inc.**<br>3900 Executive Way<br>Hollywood, FL 33025 | | | | | | $1,982.43 |
| **Excel Micro LLC**<br>PO Box 9515<br>New York, NY 10087 | | | | | | $600.00 |
| **USA Agents**<br>245 W Chase St.<br>Baltimore, MD 21201 | | | | | | $350.00 |
| **Ampil**<br>611 Anton Bkvd.<br>Suite 700<br>Costa Mesa, CA 92626 | | | | | | $0.00 |
| **Ascentium Capital LLC**<br>PO Box 301593<br>Dallas, TX 75303 | | | | | | $0.00 |
| **AT&T Business Direct**<br>PO Box 5019<br>Carol Stream, IL 60197 | | | | | | $0.00 |
| **Atlassian**<br>341 George St.<br>Sydney, NSW<br>AUSTRALIA | | | | | | $0.00 |
| **Ayava - CIT Bank**<br>21146 Network Place<br>Chicago, IL 60673 | | | | | | $0.00 |