## **VERIFICATION BY CERTIFICATION**

      Under penalties as provided by law, the undersigned certifies that the statements set forth in the Motion to Compel Assumption or Rejection of an Executory Contract and for Allowance of an Administrative Claim are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certifies as aforesaid that she verily believes the same to be true.

      Declared under penalty of perjury this 23rd day of February 2021.

*/s/ Glenda Werkman*

      Glenda Werkman
Senior Loss Mitigation Specialist
U.S. Bank National Association d/b/a
U.S. Bank Equipment Finance