Exhibit A
to
Master Sale Agreement

## SPECIFICATION OF ASSIGNED INTEREST

This Specification of Assigned Interest (this "**Specification**"), dated June 28, 2019 is executed pursuant to, and incorporates by reference the terms and conditions of, that certain Master Sale Agreement dated April 21, 2014, (the "**Agreement**") by and between Arrow Capital Solutions, Inc. ("**Seller**") and U.S. Bank Equipment Finance ("**Purchaser**"). All of the terms and conditions of the Agreement apply to this Specification and the transaction contemplated herein as though fully set forth herein. In the event of a conflict between the terms of this Specification and the terms of the Agreement, the terms of the Agreement shall control. Capitalized terms used but not otherwise defined in this Specification shall have the meaning set forth in the Agreement.

1. **Equipment**

    a. Equipment Location: 7369 Sheridan Street, Hollywood, FL 33024

    b. Equipment Description: MS and VMware SW

    c. Residual Assumption: N/A

2. **Customer Agreement**

    a. Customer Name: WHOA Networks Inc [FEIN         5844]

    b. Address: 7369 Sheridan Street, Hollywood, FL 33024

    c. Customer Agreement: A███████-0006, Dated June 19, 2019

        (i) Remaining Term: Thirty-six (36) Months from July 01, 2019 through June 01, 2022.

        (ii) Scheduled Payments: $3,180.45 payable monthly in arrears, exclusive of any applicable taxes.

3. **Purchase of Assigned Interest**

    d. Please reference Seller Invoice Number ___ along with your remittance of the Purchase Price and Servicing Fee.

    e. Closing Date: June 28, 2019

4. **Guarantors:** Yes ___ No X

    If yes names of Guarantors and date of Guaranty: _____

5.  **Attached Documents:**

    N/A a. Certified copies of (i) any master agreement that constitutes a portion of the Customer Agreement and (ii) Customer's [Secretary's Certificate/Certificate of Incumbency].

    X b. The chattel paper original of WHOA Networks Inc, NO. ▮▮▮▮-0006, dated as of June 19, 2019.

    X c. Customer's originally signed Delivery and Acceptance Certificate.

    X d. Copy of Bill of Sale from reseller to Seller (with respect to Transactions having Customer Agreements in the form of Annex 1, Annex 2, Annex 3 or Annex 4) or Customer (with respect to Transactions having Customer Agreements in the form of Annex 5 or Annex 6) or other evidence of Customer's or Seller's ownership of the Equipment (as applicable) acceptable to Purchaser.

    N/A e. Certified copies of the Guaranty and the Secretary's Certificate of the Guarantor (if applicable).

    X f. Payment Direction Letter indicating wire transfer addresses to which the Purchase Price and Servicing Fee shall be paid.

    N/A g. Evidence of Insurance as required by the Customer Agreement.

    X h. Evidence of UCC filings against the Customer.

    N/A i. Notice of Assignment executed by Seller.

6.  **Modifications:**

    Modification(s) To Customer Agreement: Yes ___ No X

    If yes, describe modification(s): N/A

7.  Due Date of First Payment to Purchaser: __July 01, 2019

8.  **Miscellaneous:**

    a. Security Deposit: N/A

    b. Arrangement fee t▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**IN WITNESS WHEREOF**, the parties have executed this Specification of Assigned Interest as of the date first written above.

U.S. BANK EQUIPMENT FINANCE,
A DIVISION OF U.S. BANK NATIONAL ASSOCATION

By: *Kinnari Mehta*
Name: Kinnari Mehta
Title: Authorized Signer

ARROW CAPITAL SOLUTIONS, INC.

By: *[signature]*
Name: Alexandra Sepulveda
Title: Business Operations Analyst