**FINANCING STATEMENT FORM**

| | |
|---|---|
| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON<br>ROSEANNE GALLO; 3154596108<br>Email ROSEANNE@ELEASE-SOLUTIONS.COM | **FILED**<br>2019 Jun 27 10:26 AM<br>****** 201908993152 ****** |
| B. SEND ACKNOWLEDGEMENT TO: | |

EXHIBIT 4

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| WHOA NETWORKS INC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 1c. MAILING ADDRESS Line One | | | | |
| 7369 SHERIDAN STREET | | This space not available. | | |
| MAILING ADDRESS Line Two | CITY<br>HOLLYWOOD | STATE<br>FL | POSTAL CODE<br>33024 | COUNTRY<br>US |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 2c. MAILING ADDRESS Line One | | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ARROW CAPITAL SOLUTIONS, INC. | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 3c. MAILING ADDRESS Line One | | | | |
| 9201 EAST DRY CREEK ROAD | | This space not available. | | |
| MAILING ADDRESS Line Two | CITY<br>CENTENNIAL | STATE<br>CO | POSTAL CODE<br>80112 | COUNTRY<br>US |

**4. This FINANCING STATEMENT covers the following collateral:**

THIS FILING COVERS THE EQUIPMENT DESCRIBED ON INSTALLMENT PAYMENT AGREEMENT ▮▮▮-0006, DATED JUNE 19, 2019 TOGETHER WITH ALL REPLACEMENTS, SUBSTITUTIONS, PARTS, IMPROVEMENTS, REPAIRS AND ACCESSORIES AND ALL ADDITIONS INCORPORATED THEREIN OR AFFIXED THERETO AND ALL PROCEEDS THEREOF.

**5. ALTERNATE DESIGNATION (if applicable):** ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ AG LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.05/2013)    Filing Office Copy    Approved by the Secretary of State, State of Florida

# iLien Cover Page

Date Printed:  02/26/2020

Debtor:
WHOA NETWORKS INC
7369 SHERIDAN ST STE 301
HOLLYWOOD, FL  33024

COST CENTER:  3000004184

App #:  2534495

IL Contract #:

Business Segment:

CCAN #:

Ref6:

Ref7:

Law Firm Bill Code:

iLien File #:  74692732

Order Confirmation #:  73962633

UserID:  297754
UserName:  DAISY MEZA
Number of Collateral Pages Attached:  0

Transaction Type:  Secured Party Amendment
Jurisdiction:  FL, Department of State

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Name: Wolters Kluwer Lien Solutions  Phone: 800-331-3282  Fax: 818-662-4141

B. E-MAIL CONTACT AT FILER (optional)
uccfilingreturn@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)   15602 - US BANK

Lien Solutions
P.O. Box 29071
Glendale, CA  91209-9071

73962633
FLFL

File with: Department of State, FL

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1a. INITIAL FINANCING STATEMENT FILE NUMBER
201908993152  6/27/2019  SS FL

1b. [ ] This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. [ ] ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. [ ] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. [X] PARTY INFORMATION CHANGE:
Check one of these two boxes:
This Change affects [ ] Debtor or [X] Secured Party of record

AND Check one of these three boxes to:
[ ] CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
[X] ADD name: Complete item 7a or 7b, and item 7c
[ ] DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME
U.S. Bank Equipment Finance, a division of U.S. Bank National Association

OR 7b. INDIVIDUAL'S SURNAME
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS: 1310 Madrid Street | CITY: Marshall | STATE: MN | POSTAL CODE: 56258 | COUNTRY: USA

8. [ ] COLLATERAL CHANGE:  Also check one of these four boxes: [ ] ADD collateral  [ ] DELETE collateral  [ ] RESTATE covered collateral  [ ] ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here [ ] and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
ARROW CAPITAL SOLUTIONS, INC.

OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:  Debtor Name: WHOA NETWORKS INC
73962633          3000004184                                       2534495

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

Prepared by Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS

**11. INITIAL FINANCING STATEMENT FILE NUMBER:** Same as item 1a on Amendment form
201908993152   6/27/2019   SS FL

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT:** Same as item 9 on Amendment form

**12a. ORGANIZATION'S NAME**
ARROW CAPITAL SOLUTIONS, INC.

OR

**12b. INDIVIDUAL'S SURNAME**

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**13.** Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

**13a. ORGANIZATION'S NAME**
WHOA NETWORKS INC

OR

**13b. INDIVIDUAL'S SURNAME**    FIRST PERSONAL NAME    ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

**14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):**

Debtor Name and Address:
WHOA NETWORKS INC - 7369 SHERIDAN ST STE 301 , HOLLYWOOD, FL 33024

Secured Party Name and Address:
ARROW CAPITAL SOLUTIONS, INC. - 9201 EAST DRY CREEK ROAD , CENTENNIAL, CO 80112
U.S. Bank Equipment Finance, a division of U.S. Bank National Association - 1310 Madrid Street , Marshall, MN 56258

1) U.S. Bank Equipment Finance, a division of U.S. Bank National Association

**15. This FINANCING STATEMENT AMENDMENT:**
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

**17. Description of real estate:**

**16.** Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest):

**18. MISCELLANEOUS:** 73962633-FL-0   15602 - US BANK BUSINESS EQU   ARROW CAPITAL SOLUTIONS, INC.   File with: Department of State, FL   3000004184   2534495

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDENDUM (Form UCC3Ad) (Rev. 04/20/11)

Prepared by Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282