**EXHIBIT 7**

Exhibit A
to
Master Sale Agreement

### SPECIFICATION OF ASSIGNED INTEREST

This Specification of Assigned Interest (this "**Specification**"), dated July 30, 2019 is executed pursuant to, and incorporates by reference the terms and conditions of, that certain Master Sale Agreement dated April 21, 2014, (the "**Agreement**") by and between Arrow Capital Solutions, Inc. ("**Seller**") and U.S. Bank Equipment Finance ("**Purchaser**"). All of the terms and conditions of the Agreement apply to this Specification and the transaction contemplated herein as though fully set forth herein. In the event of a conflict between the terms of this Specification and the terms of the Agreement, the terms of the Agreement shall control. Capitalized terms used but not otherwise defined in this Specification shall have the meaning set forth in the Agreement.

1. **Equipment**

   a. Equipment Location: 7369 Sheridan Street, Suite 301, Hollywood, FL 33024

   b. Equipment Description: Storage and Microsoft Server Licenses

   c. Residual Assumption: N/A

2. **Customer Agreement**

   a. Customer Name: WHOA Networks Inc [FEIN ████ 5844]

   b. Address: 7369 Sheridan Street, Suite 301, Hollywood, FL 33024

   c. Customer Agreement: ████-0007, Dated July 17, 2019

      (i) Remaining Term: Sixty (60) Months from September 1, 2019 to August 1, 2024.

      (ii) Scheduled Payments: $1,954.22 payable monthly in arrears, exclusive of any applicable taxes.

3. **Purchase of Assigned Interest**

   [REDACTED]

   d. Please reference Seller Invoice Number _____ along with your remittance of the Purchase Price and Servicing Fee.

   e. Closing Date: July 30, 2019.

4. **Guarantors:** Yes ___ No _X_

   If yes names of Guarantors and date of Guaranty: _____

5. **Attached Documents:**

   _N/A_ a. Certified copies of (i) any master agreement that constitutes a portion of the Customer Agreement and (ii) Customer's [Secretary's Certificate/Certificate of Incumbency].

   _X_ b. The chattel paper original of WHOA Networks Inc, NO███████-0007 dated as of July 17, 2019.

   _X_ c. Customer's originally signed Delivery and Acceptance Certificate.

   _X_ d. Copy of Bill of Sale from reseller to Seller (with respect to Transactions having Customer Agreements in the form of Annex 1, Annex 2, Annex 3 or Annex 4) or Customer (with respect to Transactions having Customer Agreements in the form of Annex 5 or Annex 6) or other evidence of Customer's or Seller's ownership of the Equipment (as applicable) acceptable to Purchaser.

   _N/A_ e. Certified copies of the Guaranty and the Secretary's Certificate of the Guarantor (if applicable).

   _X_ f. Payment Direction Letter indicating wire transfer addresses to which the Purchase Price and Servicing Fee shall be paid.

   _X_ g. Evidence of Insurance as required by the Customer Agreement.

   _X_ h. Evidence of UCC filings against the Customer.

   _N/A_ i. Notice of Assignment executed by Seller.

6. **Modifications:**

   Modification(s) To Customer Agreement: Yes ___ No _X_

   If yes, describe modification(s):

7. Due Date of First Payment to Purchaser: September 1, 2019.

8. **Miscellaneous:**

   a. Security Deposit: N/A

   b. Arrangement fee t███████████████████████████

IN WITNESS WHEREOF, the parties have executed this Specification of Assigned Interest as of the date first written above.

U.S. BANK EQUIPMENT FINANCE,
A DIVISION OF U.S. BANK NATIONAL ASSOCATION

By: _[signature]_
Name: Authorized Signer
Title: Leasing Specialist

ARROW CAPITAL SOLUTIONS, INC.

By: _[signature]_
Name: Barry Bryan
Title: Manager, Business Operations