

## SCHEDULE NO. ▮8972
## TO
## MASTER EQUIPMENT FINANCING AGREEMENT

This Schedule No. ▮8972 ("Schedule") between WESTERN EQUIPMENT FINANCE, INC. ("Creditor", "us", "we" or "our"), and HIPSKIND TECHNOLOGY SOLUTIONS GROUP, INCORPORATED DBA: HIPSKIND_ ("Debtor", "you," or "your") is dated as of the date signed below by Debtor and is issued in connection with the Master Equipment Financing Agreement dated as of 7/13/18 (the "Master Agreement"). Unless otherwise defined, capitalized terms used herein shall have the meanings specified in the Master Agreement.

**1. GRANT OF SECURITY:** Debtor hereby grants to Creditor a first priority security interest in all of the property described in Collateral Schedule "A" attached hereto and made a part hereof.

**2. BUSINESS ADDRESS:** 17W220 22ND ST STE 450 OAKBROOK TERRACE IL 60181.

**3. TERMS:**

| Initial Term | Payment Frequency | Base Periodic Payment | Amount Paid in Advance | # of Payments in Advance | Security Deposit | # of Payments Remaining | Total # of Payments |
|---|---|---|---|---|---|---|---|
| 60 | Monthly | $3,173.50 (excludes applicable taxes) | $3,173.50 (excludes applicable taxes) | 1 | $0.00 | 59 | 60 |

**4. INFORMATION RELATING TO INSURANCE REQUIRED UNDER SECTION 6 OF THE MASTER EQUIPMENT FINANCING AGREEMENT:**
Agent Name & Phone Number: _Cothron Risk + Insurance  754-312-5408_
Insurance Company / Policy Number: _Chubb - See attached_

**5. PRE-AUTHORIZED PAYMENT:** You hereby authorize us to initiate debit entries to your ( ) checking or ( ) savings account (select one), indicated below for payment of sums due in connection with this Schedule. You authorize the debit of regular monthly payments as well as debit entries for charges where the amount and time frame varies, including, but not limited to, insurance, tax, and late fee payments. You further authorize the depository named below to charge the indicated account(s). You represent that the person signing this Schedule is an authorized signer on the Debtor's bank account.

[Complete the following and provide a voided check for this account:]

| DEPOSITORY NAME: | |
|---|---|
| TRANSIT/ROUTING NO: | |
| ACCOUNT NO: | |

In the event funds are not available in the bank account(s) noted above on the day payment is due, it is your responsibility to remit payment to us immediately, in order to avoid the assessment of a late payment charge. This authorization is to remain in full force and effect until we shall have received written notification of its termination in such time and in such manner as to afford us and depository a reasonable opportunity to act on it.

**6. COUNTERPARTS; DOCUMENT DELIVERY:** (a) This Schedule may be executed in any number of counterparts, each of which when executed or otherwise authenticated and delivered constituting an original, but all together one and the same instrument. Notwithstanding the foregoing, Creditor and Debtor agree that they intend that there shall be only one manually executed original of this Schedule and, to the extent that this document constitutes chattel paper under the UCC, no security interest herein may be created by the transfer of possession of any counterpart other than the original of this Schedule.

**7. RELATIONSHIP TO MASTER EQUIPMENT FINANCING AGREEMENT; FURTHER ASSURANCES:** The terms of the Master Agreement are incorporated herein by reference and Debtor hereby reaffirms all terms of the Master Agreement. If any of the terms of this Schedule are contrary to the terms of the Master Agreement, the terms of this Schedule shall govern. This Schedule, together with the Master Agreement incorporated herein, shall constitute a separate Agreement and Debtor hereby certifies to Creditor that the representations and warranties made by the Debtor in the Master Agreement are true and correct in all material respects as of the date of this Schedule and that here has been no material adverse change in Debtor's financial condition since the date of the Master Agreement. Debtor will promptly execute or otherwise authenticate and deliver to Creditor such other documentation as Creditor shall request.





INITIAL HERE
Customer ▮8973  Schedule # ▮8972

**8. GUARANTEE:** In consideration of us financing ... collateral for Debtor and other good and valuable consid... ...ion, the receipt of which is hereby acknowledged, the undersigned (each a "Guarantor") personally, absolutely and unconditionally guarantees payment and performance by the Debtor of all the terms and conditions of this Schedule and each and every other Schedule to the Master Agreement. The undersigned waives notice of any amendment or extension of any Schedule (and any Schedule as amended or extended shall be so guaranteed by the undersigned), will pay the expenses of enforcing this guarantee, waives any requirement that we enforce our rights against Debtor or the Collateral before enforcing this guarantee, and waives diligence, notice of acceptance, promptness and any other defenses available to a guarantor or surety. This guarantee will not be discharged or affected by the death, dissolution, termination, bankruptcy or insolvency of the Debtor or another Guarantor and will bind Guarantor's heirs, personal representatives, successors and assigns. No Guarantor shall be a Blocked Person and have an ownership interest in or control of Debtor. As used herein, "Blocked Person" means any person or entity that is now or at any time hereafter (x) on a list of Specially Designated Nationals issued by the Office of Foreign Assets Control ("OFAC") of the United States Department of the Treasury or any sectoral sanctions identification list, or (y) whose property or interests in property are blocked by OFAC or who is subject to sanctions imposed by law, including any executive order of any branch or Department of the United States government or (z) otherwise designated by the United States or any regulator having jurisdiction or regulatory oversight over us, to be a person with whom the relationship created by, or transactions arising under, this Agreement result in penalties against us or limitations on our ability to enforce its rights and remedies under this Agreement. If more than one Guarantor has signed this Guaranty, each Guarantor agrees that his/her liability is joint and several. During the term of this Schedule, you shall promptly furnish to us, in a form satisfactory to us, current financial statements, tax returns, and/or other documents that we deem necessary to evidence and protect our rights or interest hereunder. Guarantor authorizes us and any of our designees to obtain and share with others credit bureau reports regarding Guarantor's personal credit, and make other credit inquiries that we determine are necessary. THIS GUARANTY IS GOVERNED BY THE LAWS OF THE STATE OF NORTH DAKOTA. EACH GUARANTOR CONSENTS TO THE NONEXCLUSIVE JURISDICTION OF ANY STATE OR FEDERAL COURT LOCATED IN NORTH DAKOTA AND AGREES THAT ALL LAWSUITS COMMENCED BY A GUARANTOR AGAINST CREDITOR MUST BE FILED IN SUCH COURTS. GUARANTOR EXPRESSLY WAIVES THE RIGHT TO A TRIAL BY A JURY.

Signature: _____
Address:

Signature: _____
Address:

Signature: _____
Address:

IN WITNESS WHEREOF, Creditor and Debtor have caused this Schedule to be duly authenticated and delivered on the day and year first written above.

**DEBTOR: HIPSKIND TECHNOLOGY SOLUTIONS GROUP, INCORPORATED DBA: HIPSKIND**
Complete Legal Name of Debtor

_[signature]_    CEO    07/15/15
Authorized Signature of Debtor    Title    Date

Mark Amarant
Printed Name

Phone 630-468-5135    Email: Mark.amarant@hipskind.com

---

**U. S. PATRIOT ACT DISCLOSURE NOTICE: IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT**
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you is that: When you open an account, we will ask for your name, address, date of birth, and other and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

**CREDITOR:** WESTERN EQUIPMENT FINANCE, INC.
By: _M. Hagen_ _Include Analyst_    7.18.18
Authorized Signature of Creditor    Title    Date

**Address:** 503 Highway 2 West, Devils Lake, ND 58301

Customer ████8973 Schedule ████8972



## COLLATERAL SCHEDULE "A"

Schedule 8972

This Exhibit "A" is to be attached to and become part of that certain Schedule to the Master Equipment Financing Agreement between Western Equipment Finance, Inc., (the "Creditor") and the undersigned (the "Debtor").

| QTY | SERIAL NO. | COLLATERAL MANUFACTURER, MODEL NO, DESCRIPTION |
|---|---|---|
| 4 | | DELL POWEREDGE R640 SERVER, PART # 210-AKWU, EACH INCLUDE:<br>(1X) INTEL XEON GOLD 6144 3.5G PROCESSOR<br>(8X) 64GB QUAD RANK 1.2V DDR4 SDRAM<br>(1X) 120 GB ENTERPRISE SATA 2.5" 6GBPS SOLID STATE DRIVE |
| 2 | | DELL POWEREDGE R640 SERVER, PART # 210-AKWU, EACH INCLUDE:<br>(1X) INTEL XEON GOLD 5122 3.6G PROCESSOR<br>(8X) 64GB QUAD RANK 1.2V DDR4 SDRAM<br>(1X) 120 GB ENTERPRISE SATA 2.5" 6GBPS SOLID STATE DRIVE |
| 2 | | DELL NETWORKING S3148P 48 PORT SWITCH, PART # 210-AIMP |
| 3 | | DELL NETWORKING S3124P 24 PORT SWITCH, PART # 210-AIMO |
| 11 | | DELL NETWORKING 1000BASE-SX SFP TRANSCEIVER, PART # 407-BBOR |
| 1 | | PRO SERVICES |

Together with all accessions, additions and attachments thereto and located at: 17W220 22ND ST STE 450 OAKBROOK TERRACE IL 60181.

This Collateral Schedule "A" is hereby verified as correct by the undersigned Debtor, who acknowledges receipt of a copy.

DEBTOR: **HIPSKIND TECHNOLOGY SOLUTIONS GROUP, INCORPORATED DBA: HIPSKIND**
Complete Legal Name of Debtor

_____    CEO    07/15/19
Authorized Signature of Debtor    Title    Date

MARK Amaranty
Printed Name