

SCHEDULE NO. ▮▮▮8972
TO
MASTER EQUIPMENT FINANCING AGREEMENT

### DELIVERY ACKNOWLEDGEMENT AND ACCEPTANCE

This agreement is entered into between HIPSKIND TECHNOLOGY SOLUTIONS GROUP, INCORPORATED DBA: HIPSKIND ("Debtor") and WESTERN EQUIPMENT FINANCE, INC. ("Creditor"), with respect to that certain Schedule to the Master Equipment Financing Agreement between Debtor and Creditor, No. ▮▮▮8972, ("Schedule").

Debtor acknowledges that the Equipment described in the above referenced Schedule has been delivered, properly installed, tested and inspected and is operating satisfactorily in all respects for all of Debtor's intended uses and purposes. Debtor unconditionally and irrevocably accepts the Equipment as-is, where is for all purposes under the Schedule as of this date, except that no security interest, lien or encumbrance ("Liens") against the Equipment has been created by or through Debtor. Debtor authorizes Creditor to pay the supplier for the Equipment.

In the event I am unable to give verbal verification of the delivered equipment and/or acceptance of the Schedule, I hereby authorize _____(name) _____(title) to provide this verification in my place. I understand the above noted individual's verification shall be legally binding and I shall abide by his/her decision.

Contact phone: _630-468-5935_ Cell/other: _____

Acceptance Date: _7/16/18_
(date required)

DEBTOR: HIPSKIND TECHNOLOGY SOLUTIONS GROUP, INCORPORATED DBA: HIPSKIND
Complete Legal Name of Debtor

_[signature]_   _CEO_   _07/15/18_
Authorized Signature of Debtor   Title   Date

_Mark Ammen_
Printed Name

**EXHIBIT 3**

A FASCIMILE OF THIS SIGNED DOCUMENT
MAY BE DEEMED THE ORIGINAL COPY BY CREDITOR