**ASSIGNMENT SCHEDULE**
**TO MASTER ASSIGNMENT AGREEMENT BROKER—FISCAL AGENCY/PORTFOLIO)**

**FOR VALUE RECEIVED**, Western Equipment Finance, Inc. ("BROKER"), whose address is 503 Highway 2 West, Devils Lake ND 58301, assigns and transfers to **U.S. Bank Equipment Finance, a division of U.S. Bank National Association** ("USBEF"), whose address is offices at 1310 Madrid Street, Marshall MN 56258, and to its successors and assigns, all of BROKER's rights, title and interest in (including all rights to receive payments), but none of its obligations under, the following described Contract(s) made by BROKER as lessor or secured party and all BROKER's right, title and interest (including any security interest) in the Equipment which is the subject thereof:

| WEF Lease # | USBEF Application # | Obligor Legal Name | Contract Type | Original Term | Remaining Term | Payment Amount | Payment | First Payment | |
|---|---|---|---|---|---|---|---|---|---|

EXHIBIT
4
tabbies

| WEF Lease # | USBEF Application # | Obligor Legal Name | Contract Type | Original Term | Remaining Term | Payment Amount | Payment Frequency | First Payment Sold | Purchase Price |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | |

JB

| WEF Lease # | USBEF Application # | Obligor Legal Name | Contract Type | Original Term | Remaining Term | Payment Amount | Payment Frequency | First Payment Sold | Purchase Price |
|---|---|---|---|---|---|---|---|---|---|
| 8972 | 7864 | HIPSKIND TECHNOLOGY SOLUTIONS GROUP INCORPORATED | EFA | 60 | 57 | $3,173.50 | Monthly | 10/15/2018 | $160,426.16 |



JB

| WEF Lease # | USBEF Application # | Obligor Legal Name | Contract Type | Original Term | Remaining Term | Payment Amount | Payment Frequency | First Payment Sold | Purchase Price |
|---|---|---|---|---|---|---|---|---|---|

JB

| WEF Lease # | USBEF Application # | Obligor Legal Name | Contract Type | Original Term | Remaining Term | Payment Amount | Payment Frequency | First Payment Sold | Purchase Price |
|---|---|---|---|---|---|---|---|---|---|

[Table contents redacted]

| WEF Lease # | USBEF Application # | Obligor Legal Name | Contract Type | Original Term | Remaining Term | Payment Amount | Payment Frequency | First Payment Sold | Purchase Price |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | |

This Assignment Schedule No. 15 is made pursuant to that certain Master Assignment Agreement (Broker—Fiscal Agency/Portfolio) dated as of **12/19/2013**, by and between BROKER and USBEF (the "Assignment Agreement"), the terms of which are incorporated herein. The Contract(s) described herein, the Equipment financed thereunder, and all payments, rent and proceeds thereof are hereby made subject to the Assignment Agreement. Except as otherwise defined in this Assignment Schedule, all words capitalized herein shall have the meanings defined in the Assignment Agreement.

[Continued on next page]

This Assignment Schedule is without recourse except as provided in the Assignment Agreement. All representations and warranties contained in the Assignment Agreement are true as of the date of this Schedule.

SERVICING: (1) The Contracts described herein

☒ SHALL

☐ SHALL NOT

be serviced by BROKER under the Servicing Agreement. (If no box is checked, the Contracts shall **not** be serviced by BROKER)

Capitalized terms used in this Schedule which are not otherwise defined herein shall have the meanings given in the Assignment Agreement.

**BROKER:**
Western Equipment Finance, Inc.

By: [signature]
Name: Laurie A Bakke
Title: President
Date: 9/25/2018

**ACCEPTED** (signature of USBEF required only if box is checked indicating servicing by BROKER)

U.S. Bank Equipment Finance,
a division of U.S. Bank National Association

By: [signature]
Name: John Sherman
Title: Vice President
Date: 9/25/2018



**U.S. Bank Equipment Finance**
1310 Madrid St
Marshall, MN 56258
866-834-9828

March 5, 2020 VIA PRIORITY MAIL

Hipskind Technology Solutions
Attn: Accounts Payable
PO Box 840137
Hollywood, FL 33084

Western Equipment Finance Inc Number: ████8972
U.S. Bank Contract Number: ██████9465-000

U.S. Bank Equipment Finance wishes to inform you that effective March 4, 2020 the servicing of your contract is being transferred from Western Equipment Finance Inc to U.S. Bank Equipment Finance, a division of U.S. Bank National Association ("U.S. Bank Equipment Finance"). The assignment, sale or transfer of the servicing of the contract does not affect any term or condition of the contract, other than terms directly related to the servicing of your contract.

Your monthly statement will have a new look. You will find a new correspondence address, new remittance address and a new customer service inquiry line below. Your account will be assigned a new contract number as well, which appears above. Please use this number on all future payments and correspondence.

PLEASE NOTE THAT ONLY THE ABOVE REFERENCED CONTRACT IS BEING CHANGED AT THIS TIME. YOU MAY HAVE OTHER CONTRACTS WITH WESTERN EQUIPMENT FINANCE INC THAT ARE NOT AFFECTED AT THIS TIME.

You will continue to receive monthly statements of your account. Please send your payments to the address indicated below. IF YOU HAVE NOT SENT IN YOUR MOST RECENT PAYMENT PLEASE FORWARD TO U.S. BANK EQUIPMENT FINANCE AT THE NEW REMIT TO ADDRESS BELOW. If you did not previously take advantage of automatic debit and would like to take the hassle out of mailing your payment in each month, please contact Customer Service. They can provide you with more information on how to get this set up for your payment.

| | |
|---|---|
| **Payment Address for your monthly payments:** | U.S. Bank Equipment Finance<br>PO Box 790448<br>St. Louis, MO 63179 |
| **Please send all other correspondence and inquiries to U.S. Bank** | U.S. Bank Equipment Finance<br>Attn: Customer Service<br>1310 Madrid Street<br>Marshall, Minnesota 56258 |
| **Customer Service Inquiry Line:** | (800) 328-5371 |
| **Facsimile Transmission Number:** | (800) 328-9092 |

Sincerely,

Megan Imker