**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

RECEIVED
IL SECRETARY OF STATE
UNIFORM COMMERCIAL CODE
20180716  0956
$20.00  Electronic

23564335  FS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Corporation Service Company     800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
FilingDept@cscinfo.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL, 62703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of Item 2 blank, check here ☐ and provide the Individual Debtor Information in Item 10 of the Financing Statement Addendum (Form UCC 1Ad)

1a. ORGANIZATION'S NAME
HIPSKIND TECHNOLOGY SOLUTIONS GROUP, INCORPORATED

1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

1c. MAILING ADDRESS: 17W220 22nd St Ste 450 | CITY: Oakbrook | STATE: IL | POSTAL CODE: 60181 | COUNTRY: USA

2. DEBTOR'S NAME: (blank)

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
Western Equipment Finance, Inc.

3c. MAILING ADDRESS: P.O. Box 640 | CITY: Devils Lake | STATE: ND | POSTAL CODE: 58301 | COUNTRY: USA

4. COLLATERAL: This financing statement covers the following collateral:
THE FOLLOWING EQUIPMENT OR INVENTORY:

4 DELL POWEREDGE R640 SERVER, PART # 210-AKWU, EACH INCLUDE:
(1X) INTEL XEON GOLD 6144 3.5G PROCESSOR
(8X) 64GB QUAD RANK 1.2V DDR4 SDRAM
(1X) 120 GB ENTERPRISE SATA 2.5" 6GBPS SOLID STATE DRIVE
2 DELL POWEREDGE R640 SERVER, PART # 210-AKWU, EACH INCLUDE:
(1X) INTEL XEON GOLD 5122 3.6G PROCESSOR
(8X) 64GB QUAD RANK 1.2V DDR4 SDRAM
(1X) 120 GB ENTERPRISE SATA 2.5" 6GBPS SOLID STATE DRIVE
2 DELL NETWORKING S3148P 48 PORT SWITCH, PART # 210-AIMP

8. OPTIONAL FILER REFERENCE DATA
:40308972 [149308142]

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC1) (Rev 04/20/11)

**EXHIBIT 5**

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here

9a. ORGANIZATION'S NAME

**HIPSKIND TECHNOLOGY SOLUTIONS GROUP, INCORPORATED**

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

RECEIVED
IL SECRETARY OF STATE
UNIFORM COMMERCIAL CODE
20180716    0956
$20.00    Electronic

**23564335**    FS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
3 DELL NETWORKING S3124P 24 PORT SWITCH, PART # 210-AIMO
11 DELL NETWORKING 1000BASE-SX SFP TRANSCEIVER, PART # 407-BBOR
1 PRO SERVICES TOGETHER WITH ALL PRESENT AND FUTURE ATTACHMENTS, ACCESSORIES, REPLACEMENT PARTS, ADDITIONS AND ALL CASH AND NON-CASH PROCEEDS THEREOF.

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest)

16. Description of real estate:

17. MISCELLANEOUS

FILING OFFICE COPY - UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

# iLien Cover Page

Date Printed: 03/05/2020

Debtor:
HIPSKIND TECHNOLOGY SOLUTIONS GROUP, INCORPORATED
17W220 22nd St Ste 450
Oakbrook, IL  60181

COST CENTER: 3000009363
App #: 2427864
IL Contract #:
Business Segment:
CCAN #:
Ref6:
Ref7:
Law Firm Bill Code:

iLien File #: 74768642
Order Confirmation #: 74095910

UserID: 297754
UserName: DAISY MEZA
Number of Collateral Pages Attached: 0

Transaction Type: Secured Party Amendment
Jurisdiction: IL, Secretary of State

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Name: Wolters Kluwer Lien Solutions Phone: 800-331-3282 Fax: 818-662-4141

B. E-MAIL CONTACT AT FILER (optional)
uccfilingreturn@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

15602 - US BANK
74095910
ILIL

Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

File with: Secretary of State, IL

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
23564335   7/16/2018   SS IL

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION**: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION**: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☒ **PARTY INFORMATION CHANGE**:
Check one of these two boxes:
This Change affects ☐ Debtor or ☒ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☒ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION**: Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**7. CHANGED OR ADDED INFORMATION**: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME
U.S. Bank Equipment Finance, a division of U.S. Bank National Association

OR 7b. INDIVIDUAL'S SURNAME
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1310 Madrid Street | Marshall | MN | 56258 | USA |

8. ☐ **COLLATERAL CHANGE**: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT**: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
Western Equipment Finance, Inc.

OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA: Debtor Name: HIPSKIND TECHNOLOGY SOLUTIONS GROUP, INCORPORATED
74095910      3000009363                                               2427864

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

Prepared by Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

Additional secured parties authorizing this UCC-3:

1) U.S. Bank Equipment Finance, a division of U.S. Bank National Association